## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ERNEST WOODALL,                  :   No. 54 WM 2019
                                 :
              Petitioner         :
                                 :
                                 :
        v.                       :
                                 :
                                 :
                                 :
COMMON PLEAS COURT,              :
PENNSYLVANIA SUPERIOR COURT,     :
                                 :
            Respondents          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of October, 2019, the Application for Leave to File Original Process is GRANTED.  The "Original Process", treated as a Petition for Writ of Mandamus, and the Application for Leave to File a Response are DENIED.